No. CR14-0146
CR14-0145

| STATE OF TEXAS | )( | IN THE COUNTY COURT |
| | )( | |
| V. | }{ | AT LAW OF |
| | )( | |
| JAMES RAY JUNEK | )( | KERR COUNTY, TEXAS |

## NOTICE OF APPEAL

NOW COMES THE STATE OF TEXAS, by and through its prosecuting attorney Assistant Kerr County Attorney, Joseph Soane, in the above referenced matter on this 6th day of May, 2015, and within fifteen (15) days of the Order granting the Defendant's Motion to Suppress complained of and pursuant to Tex. Code Crim. Pro. §44.01 and files the State's written Notice of Appeal from said Order to the Court of Appeals for the Fourth Supreme Judicial District of Texas, San Antonio, Texas.

THEREFORE, the State respectfully requests that this Notice of Appeal be entered of record on this date.

Respectfully Submitted,

_____
JOSEPH SOANE
Texas Bar No. 24002970
Assistant Kerr County Attorney
700 Main Street, Ste. BA-103
Kerrville, TX 78028
(830) 792-2220 (p)
(830) 792-2228 (f)
*Attorney for the State*

Filed 14 Day of May A.D. 20 15 12 PM
REBECCA BOLIN, KERR CO. CLERK TIME
By: _____ Deputy

SCANNED

12

## CERTIFICATE OF SERVICE

I hereby certify that on this 13ᵗʰ day of May, 2015, a true and correct copy of the State's NOTICE OF APPEAL was served upon the following by the following means:

Darren Umphrey                              *via U.S. First Class Mail or Fax*
246 W. San Antonio St. Ste. 201
San Antonio, Texas 78130
Fax: 830.627.3122
*Attorney for Defendant*


_____
Joseph Soane

13